People v Lazarek (2025 NY Slip Op 07195)

People v Lazarek

2025 NY Slip Op 07195

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, NOWAK, DELCONTE, AND HANNAH, JJ.

954 KA 24-01196

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vDANIEL LAZAREK, DEFENDANT-APPELLANT. 

DAVID A. LONGERETTA, UTICA, FOR DEFENDANT-APPELLANT.
TODD C. CARVILLE, DISTRICT ATTORNEY, UTICA (MICHAEL A. LABELLA OF COUNSEL), FOR RESPONDENT. 

 Appeal from an order of the Oneida County Court (Michael L. Dwyer, J.), dated July 1, 2024. The order, insofar as appealed from, denied in part the motion of defendant to modify the conditions of his probation. 
It is hereby ORDERED that said appeal is unanimously dismissed (see People v Pagan, 19 NY3d 368, 370-371 [2012]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court